LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
CHICO, CALIFORNIA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff Lary Feezor


STEVEN LOWENTHAL, SBN 104655
FARELLA BRUAN & MARTEL, LLP
RUSS BUILDING, 235 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104
Telephone: (415) 954-4400
Fax: (415) 954-4480

Attorney for Defendant Round Table Development Company


ZACHARY BEST, SBN 166035
CORFEE STONE & ASSOCIATES
5441 FAIR OAKS BOULEVARD, SUITE B-1
CARMICHAEL, CALIFORNIA 95608
Telephone: (916) 487-5441
Fax: (916) 487-5440

Attorney for Defendant Olive Tree Realty, LLC


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. CIV. S-07-02141-FCD-EFB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER** |
| ROUND TABLE DEVELOPMENT COMPANY, et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendants, ROUND TABLE DEVELOPMENT COMPANY dba ROUND TABLE PIZZA #0257 and OLIVE TREE REALTY, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: February 13, 2008        LAW OFFICES OF LYNN HUBBARD

　　　　　　　　　　　　　　　　/s/ Lynn Hubbard, III
　　　　　　　　　　　　　　　　LYNN HUBBARD, III
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: February 12, 2008        FARELLA BRAUN & MARTEL, LLP

　　　　　　　　　　　　　　　　/s/ Steven Lowenthal
　　　　　　　　　　　　　　　　STEVEN LOWENTHAL
　　　　　　　　　　　　　　　　Attorney for Defendant Round Table Development Company

Dated: February 12, 2008        CORFEE STONE & ASSOCIATES

　　　　　　　　　　　　　　　　/s/ Zachary Best
　　　　　　　　　　　　　　　　ZACHARY BEST
　　　　　　　　　　　　　　　　Attorney for Defendant Olive Tree Realty, LLC

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-07-02141-FCD-EFB, is hereby dismissed with prejudice.

Dated: February 13, 2008

　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE